The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: November 2 2022

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 22-31523jpg |
| Tamara Lynn Calvin | ) | Judge: Gustafson |
| Aka Tamara Zapata | ) | |
| Debtor | ) | Chapter 7 |

**JUDGMENT ENTRY**

This matter came before the Court on Debtor's Motion to avoid the judicial lien of Heather Smart, Administratrix of the Estate of Jonathan Smart, lien number 22JL0486 in Henry County (Ohio) Lien Records pursuant to 11 U.S.C. § 522(f). Having taken due consideration of same, the Court finds the Debtors' Motion to be well-taken and the same is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the judicial lien of Heather Smart, Administratrix of the Estate of Jonathan Smart, lien number 22JL0486 in Henry County (Ohio) Lien Records, in the amount of $465,954.26, is found to impair Debtor's exemption as to her interest in her personal residence, which is legally described as follows:

Situated in the City of Napoleon, County of Henry, and State of Ohio and known as:

The East half (1/2) of Lot Number Twenty-seven (27) of Plat #2 of Phillips & Staffords Outlots to said City of Napoleon, Ohio, but subject to all easements, restrictions, and leases of record, zoning ordinances, if any, and all legal highways.

Tax parcel no: 41-009452.1700
Property address: 227 Yeager Street, Napoleon, OH 43545
Prior instrument reference: Vol. 217, Page 1203, Henry County Official Records

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said judicial lien, as to Debtor's interest in and to said premises, shall be, and hereby is, avoided.

SO ORDERED,

# # #

Please serve a copy of the Judgment Entry by via electronic notice upon the following:

Chapter 7 Trustee
Douglas A. Dymarkowski
ch7trusteeoffice@gmail.com, Dymarkowski@titlexi.com; doug.dadlaw@bex.net
(Served via ECF)

United States Trustee
United States Trustee
Ustp.region09@usdoj.gov
(Served via ECF)

Heather Smart, Adm. of Estate of Jonathan Smart
1126 Oakwood Ave.
Napoleon, OH 43545

Amber L. Niese
P.O. Box 99
Miller City, OH 45864
Attorney for Heather Smart, Administratrix